**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF COLORADO**

| | | |
|---|---|---|
| In re: | ) ) | Case No. 00-17793 ABC |
| Builders Home Warranty, Inc. | ) ) ) | |
| | ) | Chapter  7 |
| | ) ) | |
| Debtor(s). | ) | |

**Request for Claims**
**Deposited into the U. S. Treasury Registry Account**

<u>**THE BURDEN OF PROOF LIES WITH THE CLAIMANT/REQUESTOR**</u>
<u>**AND MUST BE SUBMITTED BY WRITTEN REQUEST**</u>

\_\_\_\_\_   The Court requires that you supply evidence that you have, indeed, located the correct creditor(s) of the funds deposited into the registry of the court.  The following must be submitted:

\_\_\_\_\_   Your request for unclaimed/undistributed funds deposited into the registry of the court will not be filed because:

✓   Your request for unclaimed/undistributed funds deposited into the registry of the court is deficient. Please submit the following:

-Please reconcile the discrepancy in Taxpayer Identification Numbers provided.

- The tax return provided lists the TIN of Lifestyle Homes, Inc. as: \*\*-\*\*\*9\*\*\*
- The power of attorney, W-9, and affidavit provided list the TIN of Lifestyle Homes, Inc. as: \*\*-\*\*\*0\*\*\*

All requests are subject to final approval by the U. S. Bankruptcy Judge.

Falsification of a request is illegal and subject to fines, penalties, sanctions, and/or imprisonment pursuant to Title 18, United States Code.

Dated: March 28, 2013

FOR THE COURT:
Kelly J. Sweeney, Acting Clerk

By:  /s/Joe Collyar
Financial Specialist 720-904-7430